Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Telephone:  (702) 968-7500
Facsimile:  (702) 968-7525
justin@erinjuryattorneys.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA HERRERA, Individually,<br><br>            Plaintiff,<br><br>vs.<br><br>WALMART INC., d/b/a WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendants. | Case No.  2:23-cv-00033-GMN-BNW |

**SUBSTITUTION OF ATTORNEY**

COMES NOW, Plaintiff AICIA HERRERA (hereinafter "Plaintiff"), hereby consents to the substitution of Justin G. Randall, Esq., of ER Injury Attorneys, in the place and stead of Jamie S. Cogburn, Esq., and Joseph J. Troiano, Esq., of J. Cogburn Law, to represent Plaintiff in the above case.

DATED this 22nd day of June, 2023.

                                                     /s/ Alicia Herrera
                                                   ALICIA HERRERA

. . .

. . .

1

JUSTIN G. RANDALL, ESQ., does hereby agree to be substituted in the place of Jamie S. Cogburn, Esq., and Joseph J. Troiano, Esq., of J. Cogburn Law as Plaintiff's attorney of record.

DATED this 22nd day of June, 2023.

ER INJURY ATTORNEYS

/s/ Justin G. Randall
Justin G. Randall, Esq.
Nevada Bar No. 12476
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Attorneys for Plaintiff

Jamie S. Cogburn, Esq., and Joseph J. Troiano, Esq., of J. Cogburn Law do hereby agree to the above-referenced substitution.

DATED this 22nd day of June, 2023.

J. COGBURN LAW

/s/ Joseph J. Troiano
Jamie S. Cogburn, Esq.
Nevada Bar No, 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Attorneys for Plaintiff

. . .
. . .
. . .

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:28 am, June 23, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and LR 5-1, I hereby certify that on the 22nd day of June 2023, a true and correct copy of the foregoing SUBSTITUION OF ATTORNEYS was served to the following parties by CM/ECF system which will send a notice of electronic filing, as follows:

Griffith H. Hayes, Esq.
Jennifer Tang, Esq.
TYSON & MENDES LLP
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorney for Defendants*

/s/ Miriam Alvarez
An employee of ER Injury Attorneys