SAO
**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
JENNIFER TANG
Nevada Bar No. 14628
Email: jtang@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
*Attorneys for Defendant,*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA HERRERA, Individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC., d/b/a WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive.<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00033-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ALICIA HERRERA, by and through her counsel, JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS and Defendant WALMART, INC., by and through its counsels, GRIFFITH H. HAYES, ESQ. and JENNIFER TANG, ESQ. of TYSON & MENDES LLP, that all claims in the present action be dismissed, with prejudice.

///

///

///

///

///

1

The parties further stipulate that each party will bear its/their own attorney fees and costs.

DATED this _____ day of October, 2023.　　DATED this 3rd day of October, 2023.

ER INJURY ATTORNEYS　　　　　　　　　TYSON & MENDES LLP

/s/ [signature]　　　　　　　　　　　　　　/s/ Jennifer Tang
Justin G. Randall, Esq.　　　　　　　　　　GRIFFITH H. HAYES
Nevada Bar No. 12476　　　　　　　　　　Nevada Bar No. 7374
ER INJURY ATTORNEYS　　　　　　　　　JENNIFER TANG
1700 S. Pavilion Center Dr., Ste. 530　　　　Nevada Bar No. 13904
Las Vegas, Nevada 89135　　　　　　　　　2835 St. Rose Parkway, Suite 140
Telephone: (702) 968-7500　　　　　　　　Henderson, Nevada 89052
Facsimile: (702) 968-7525　　　　　　　　*Attorneys for Defendant Walmart Inc.*
justin@erinjuryattorneys.com
*Attorneys for Plaintiff*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case in its entirety, is dismissed WITH PREJUDICE each party to bear its own attorney's fees and costs herein.

Dated this __5__ day of October, 2022.

_____
Gloria M. Navarro
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

TYSON & MENDES LLP

/s/ Jennifer Tang
GRIFFITH H. HAYES
Nevada Bar No. 7374
JENNIFER TANG
Nevada Bar No. 14628
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant,
Walmart Inc.*